Eastern District of Kentucky
**FILED**

AUG 27 2020

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## PIKEVILLE

UNITED STATES OF AMERICA

V.  INDICTMENT NO.: 7:20-CR-15-REW

**WESLEY GLENN MARTIN,**
   **aka WESLEY MARTIN**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 922(g)(1)

On or about April 4, 2019, in Floyd County, in the Eastern District of Kentucky,

**WESLEY GLENN MARTIN,**
**aka WESLEY MARTIN,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit, a Stevens Browning, Model 621, 20 gauge sawed-off shotgun, serial number U92143, and a Charles Daly, 12 gauge shotgun, serial number 9501289, and the firearms were in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

## COUNT 2
## 26 U.S.C. § 5861(d)

On or about April 4, 2019, in Floyd County, in the Eastern District of Kentucky,

**WESLEY GLENN MARTIN,
aka WESLEY MARTIN,**

knowingly possessed a firearm, to wit, a Stevens Browning, Model 621, 20 gauge sawed-off shotgun, serial number U92143, having a barrel of less than 18 inches in length, which was not registered to him in the National Firearms Registration and Transfer Record, all in violation of 26 U.S.C. § 5861(d).

## FORFEITURE ALLEGATION
## 18 U.S.C. § 924(d)(1)
## 26 U.S.C. § 5872
## 28 U.S.C. § 2461

In committing the offenses alleged in this Indictment, which are punishable by imprisonment for more than one year, the below-listed firearms and ammunition are subject to forfeiture pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461:

### FIREARMS AND AMMUNITION

1. A Stevens Browning, Model 621, 20 gauge sawed-off shotgun, serial number U92143, seized from Wesley Glenn Martin on April 4, 2019;

2. A Charles Daly, 12 gauge shotgun, serial number 9501289, seized from Wesley Glenn Martin on April 4, 2019; and

3. All associated ammunition.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **WESLEY GLENN MARTIN, aka WESLEY MARTIN,** has in the

above-described property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, and 28 U.S.C. § 2461.

**A TRUE BILL**

*[signature]*

**ROBERT M. DUNCAN, JR.**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1 & 2:** Not more than 10 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:** Forfeiture of all listed property.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.