Eastern District of Kentucky
F I L E D

AUG 2 7 2020

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## PIKEVILLE

CRIMINAL ACTION NO. 7:20-CR-15-REW

UNITED STATES OF AMERICA          PLAINTIFF

V.      **MOTION OF UNITED STATES**
      **FOR ISSUANCE OF ARREST WARRANT**

**WESLEY GLENN MARTIN,**
     **aka WESLEY MARTIN**          DEFENDANT

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, **WESLEY GLENN MARTIN, aka WESLEY MARTIN**, returnable forthwith.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By: *[signature]*
R. Nicholas Rabold
Assistant United States Attorney
601 Meyers Baker Road Suite 200
London, KY 40741
606-330-4833
nick.rabold@usdoj.gov