AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __KENTUCKY__

United States of America

V.

WEsley Glenn Martin

## EXHIBIT AND WITNESS LIST

Case Number: 7:20-cr-15-01-REW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Edward B. Atkins | R. Nicholas Rabold | Ryan D. Mosley |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/23/2020-Detention Hearing | ECR | Mary Jane Younce |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/23/2020 | | | WITNESS - JAMES NICK SLOAN - USPO |
| 2 | | 10/23/2020 | | | WITNESS - ZACHARY BRYSON - TFO |
| Ex | | 10/23/2020 | Y | Y | 1 - CAD Data Reports dating 7-16-16 through 04/01/19 |
| Ex | | 10/23/2020 | Y | Y | 2 - Report KYIBRS Report (redacted) |
| Ex | | 10/23/2020 | Y | Y | 3 - Photograph of Charles Daily 12 gauge shotgun |
| Ex | | 10/23/2020 | Y | Y | 4 - Photograph of Stevens Browning sawed off shotgun |
| Ex | | 10/23/2020 | Y | Y | 5 - Photograph of Jordan Tackett's Body recovered from 634 Clear Water Road - SEALED |
| Ex | | 10/23/2020 | Y | Y | 6 - Close up Photograph of JordanTackett's head injury - SEALED |
| Ex | | 10/23/2020 | Y | Y | 7 - Photograph of shell casing recovered from Jordan Tackett's head - SEALED |
| Ex | | 10/23/2020 | Y | Y | 8 - Photograph of End of 12 gauge Charles Dailey Shotgun with red substance - SEALED |
| | Ex | 10/23/2020 | Y | Y | 1 - Report of Forensic Laboratory Examination, Laboratory # 19-C03524 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages