UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE
C.A. NO. 7:20-cr-15-CHB
"*Electronically filed*"

UNITED STATES OF AMERICA            PLAINTIFF

v.

WESLEY GLENN MARTIN
aka WESLEY MARTIN            DEFENDANT

## MOTION FOR RE-ARRAIGNMENT

Comes the Defendant, by and through counsel, and for his Motion for Re-Arraignment, hereby states as follows:

1. The Defendant has consulted with counsel regarding re-arraignment.

2. The Defendant and counsel have agreed that the best strategy is to be re-arraigned.

3. The Defendant states that he is intending to plead guilty pursuant to the attached drafted plea agreement.

4. At his re-arraignment, the Defendant will request a guideline sentence with the appropriate arguments for acceptance of responsibility, and any other applicable reductions of his guideline sentence, and an argument for a downward departure.

WHEREFORE, the Defendant seeks an appropriate order from the court setting this matter for re-arraignment.

           RESPECTFULLY SUBMITTTED,

           /s/Ned Pillersdorf
           NED PILLERSDORF
           PILLERSDORF LAW OFFICES
           124 WEST COURT STREET

PRESTONSBURG, KY 41653  
(606) 886-6090 – Telephone  
(606) 886-6148 – Facsimile  
Email: pillersn@gmail.com

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing document was served via electronic delivery to the Clerk, United States District Court, by using the CM/ECF system on this the 3rd day of September, 2021.

/s/Ned Pillersdorf  
NED PILLERSDORF