UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE
C.A. NO. 7:20-cr-15-CHB
"*Electronically filed*"

UNITED STATES OF AMERICA                                        PLAINTIFF

v.

WESLEY GLENN MARTIN
aka WESLEY MARTIN                                                DEFENDANT

_____

ORDER
_____

Upon Motion of the Defendant for re-arraignment, and this Court being otherwise sufficiently advised; hereby SUSTAINS the Motion and schedules re-arraignment for the ___ day of _____, 2021 at the hour of ____:_____ ___.m.

_____
JUDGE, UNITED STATES DISTRICT COURT

Date and Entry of Service: