UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CASE NO. 7:20-CR-015-CHB-01

UNITED STATES OF AMERICA          PLAINTIFF

V.

WESLEY GLENN MARTIN           DEFENDANT

_____

**MEMORANDUM AS TO 3553(a) FACTOR**
_____

   The factors were discussed in the previously filed sentencing memorandum. For the reasons previously set forth the defendant seeks a sentence at the bottom of the sentencing guidelines.

                 RESPECTFULLY SUBMITTED,

                 /s/Ned Pillersdorf
                 Ned Pillersdorf
                 Attorney at Law
                 Pillersdorf Law Office
                 124 West Court Street
                 Prestonsburg, KY 41653
                 606-886-6090
                 606-886-6148
                 pillersn@gmail.com

CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing was served upon Hon. Nick Rabold, counsel for the United States, and a copy e-filed using the Court's electronic filing system on this the 7th day of February, 2022.

                                                        /s/Ned Pillersdorf
                                                        Ned Pillersdorf