# UNITED STATES DISTRICT COURT

EASTERN    DISTRICT OF    KENTUCKY

Southern Division at Pikeville

**EXHIBIT AND WITNESS LIST**

USA
V.
WESLEY GLENN MARTIN,
a/k/a WESLEY MARTIN

Case Number:   7:20-CR-015-CHB-1

| PRESIDING JUDGE | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|
| Claria Horn Boom | | R. Nicholas Rabold | | Ryan D. Mosley | |

| JURY TRIAL: | | | | Court Reporter | | Courtroom Deputy | |
|---|---|---|---|---|---|---|---|
| 2/15/2022 Sentencing | | | | Kathy Maloney | | Mike Mejia | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | **W-1** | 2/15/2022 |  |  | **WITNESS:  Kentucky State Police Detective Zachary Bryceon** |
|  | 1 | 2/15/2022 | X | X | KYIBRS Report |
| 1 |  | 2/15/2022 | X | X | Photograph of shotgun |
| 2 |  | 2/15/2022 | X | X | Forensic Laboratory Examination Report |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.